UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **NEIL HUGHES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:23-cv-37 |
| | ) | |
| **THE CITY OF CHARLOTTESVILLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal without prejudice. Dkt. 32. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that this action is dismissed by stipulation without prejudice.

This matter is **STRICKEN** from the active docket of the Court.

Entered: April 8, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge